

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2019

Nos. 04-18-00802-CR & 04-18-00803-CR

Kenton Lance **LIGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court Nos. 6330 & 6328
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Liza A. Rodriguez, Justice

Appellant has filed a pro se "Motion to Abate Appeal to Supplement Brief," requesting that he be allowed to supplement the brief filed by his appointed appellate counsel. Appellant is represented by Patrick Maguire. In Texas, appellants do not have a right to hybrid representation. *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981). Therefore, this motion is DENIED.

It is so **ORDERED** on August 27, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court